UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNTEJUANETTE COSBY,

       Plaintiff,                 Case no. 10-12375
                                            Honorable John Corbett O'Meara

v.

COMMISSIONER OF SOCIAL
SECURITY,

       Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, pursuant to 72(b) of the Federal Rules of Civil Procedure, 28 U. S. C. 636(b)(1)(B), and LR 72.1(b)(3), has reviewed Magistrate Judge Charles E. Binder's February 23, 2011 Report and Recommendation; Plaintiff's March 8 and March 9, 2011 Objections; Defendant's March 22, 2011 Response; and having reviewed the entire record,

**IT IS HEREBY ORDERED** that the Report and Recommendation is **ADOPTED** as the findings and conclusions of this Court.

                                            s/John Corbett O'Meara
                                            United States District Judge

Date:  March 24, 2011

     I hereby certify that a copy of the foregoing document was served upon counsel of record on this date, March 24, 2011, using the ECF system.

                                            s/William Barkholz
                                            Case Manager